UTLS Default Services, LLC, *et al.*
Bk. No. 11455 (LSS)
2002 Service List

**VIA HAND DELIVERY**

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA REGULAR MAIL**

Steven D. Usdin
Flaster/Greenberg P.C.
1835 Market St.
Suite 1050
Philadelphia, PA  19103
steven.usdin@flastergreenberg.com

Stepen Weaver
1528 Hillside Drive
Glendale, CA 91208

00115024